**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

CRAIG LEE

              Docket No.

          Plaintiff,

      -against-

                    **COMPLAINT**

THE UNITED STATES OF AMERICA

           Defendant.

-------------------------------------------------------X

Plaintiff, complaining of the defendant, THE UNITED STATES OF AMERICA, by his attorneys, THE DRATCH LAW FIRM, P.C. respectfully alleges upon information and belief as follows:

## AS AND FOR THE FIRST CAUSE OF ACTION

1.  At the time of the commencement of this action, plaintiff was a an inmate at the Federal Correctional Institute of Otisville, in the City of Otisville, in the County of Orange. Accordingly, venue lies in this district.

2.  This cause of action arises from medical negligence while plaintiff was confined to the Bureau of Prisons.

3.  This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b) and 28 U.S.C. § 2671, *et. seq.* and 39 U.S.C. § 409.

4.  That on or about July 26, 2023, plaintiff caused an administrative claim to be filed with the United States Bureau of Prisons.

5.  To date, defendant has failed to respond to the administrative claim filed by plaintiff

6.  That this action is being commenced after six (6) months of having

00290027 - 1

received plaintiff's administrative claim

7. In or about 2019, plaintiff started complaining to defendants with respect to various medical issues including, but not limited to, severe pain in his neck.

8. Plaintiff continued to complain about serious medical issues that he was experiencing including blood in his mucus and saliva along with abnormal medical issues associated with urination and his bladder.

9. In or about March of 2022, after numerous sick call requests, plaintiff was finally provided with an ultrasound of both plaintiff's neck and bladder which showed abnormalities which suggested that further tests were warranted.

10. In April of 2022, plaintiff had an MRI of the neck which showed enlarged lymph nodes

11. From April of 2022 to October of 2022, no further testing was performed with respect to plaintiff's bladder or neck although plaintiff requested such testing be performed.

12. In or about October of 2022, plaintiff had a urinalysis which showed that plaintiff suffered from bladder cancer.

13. No medical treatment was provided to plaintiff regarding his cancer diagnosis although plaintiff was told that follow-up testing and medical treatment would be provided.

14. Finally, in or about February of 2023, plaintiff was provided with a biopsy with indicated that plaintiff was now suffering from Stage 4 metastatic squamous cell carcinoma, keratinizing.

15. In case of a potential cancer diagnosis, the standard of care requires a timely diagnoses, and treatment so as to avoid the cancer from spreading to other

parts of the body, which then becomes more difficult or impossible to treat leading to a terminal diagnosis.

16. The defendant deviated from the standard of care in failing to timely treat and recognize plaintiff's cancer resulting in plaintiff receiving a stage four metastatic squamous cell carcinoma diagnosis.

17. That as a result of the aforementioned the plaintiff sustained severe injuries of a permanent nature preventing the plaintiff from performing his normal activities of life and business resulting in great pain to his mind and body, loss of enjoyment of life and resulting in his incurring substantial expenses for medical care, hospitalization, loss of earning capacity and other expenses occasioned by injuries and disability sustained by him as a result of the aforementioned, together with the costs and disbursements to abide the event.

**WHEREFORE,** plaintiff demands judgment against the defendant for the following relief:

(A) Damages;

(B) Costs;

(C) Interest;

(D) for such other relief as the Court deems just and proper

DATED: New York, New York
       May 9, 2024

THE DRATCH LAW FIRM, P.C.


*/s/ Brian M. Dratch*
By:    BRIAN M. DRATCH
       Attorneys for Plaintiff
       233 Broadway, Suite 1800
       New York, NY 10279
       (212) 571-1808

To: The United States of America
    C/o Attorney General of the the State of New York
    86 Chambers Street, 3rd Floor
    New York, NY 10007

The Honorable Merrick Garland
Attorney General of the United States United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001