UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CRAIG LEE,

                            Plaintiff,                    **ORDER**

              -against-                                   24 Civ. 3671 (NSR) (AEK)

THE UNITED STATES OF AMERICA,

                            Defendant.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

     Now that the government shutdown has concluded, the Clerk of Court is hereby directed to lift the stay in this matter.

     On September 25, 2025, the Court granted the parties' consent letter motion to extend the discovery deadlines in this matter. ECF No. 19. In accordance with the Standing Order that was docketed in this case on October 16, 2025, *see* ECF No. 20 at pp. 2-3, those deadlines all must be extended by 43 days, *see id.* ¶ 2. Accordingly, the revised discovery schedule is set forth below. This schedule supersedes the schedule reflected in the September 25, 2025 order (ECF No. 19).

- Non-expert depositions must be completed by January 20, 2026.

- Any further interrogatories, including expert interrogatories, must be served no later than April 28, 2026.

- Requests to admit, if any, must be served no later than February 17, 2026.

- Expert reports must be served no later than March 19, 2026.

- Rebuttal expert reports must be served no later than April 21, 2026.

- Expert depositions must be completed by May 20, 2026.

- All discovery must be completed by May 27, 2026.

**The December 16, 2025 telephonic status conference with Judge Krause is hereby ADJOURNED and rescheduled to January 27, 2026 at 12:00 p.m.**

The parties are hereby reminded that they must send a letter to Judge Román, requesting that he adjourn the post-discovery status conference currently scheduled for March 12, 2026, see ECF No. 14, to a date after the new deadline for the completion of all discovery.

Dated: November 17, 2025
     White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge